AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Postal Mail Handlers Union

**SUMMONS IN A CIVIL CASE**

V.

American Postal Workers Union

and

United States Postal Service

CASE NUMBER  1:06CV01986

JUDGE: James Robertson

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 11/20/2006

TO: (Name and address of Defendant)

Jeffrey A. Taylor
~~Kenneth L. Wainstein~~, c/o Civil Process Clerk
U. S. Attorney for the District of Columbia
United States Attorneys Office
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew D. Roth
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, N.W. Suite 1000
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          NOV 20 2006
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | November 30, 2006 |
| NAME OF SERVER (PRINT)  Patrick Johnson | TITLE | Paralegal Administrator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served via certified mail as per Fed. R. Civ. P. 4(i)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  November 30, 2006
                    Date

Signature of Server

Bredhoff & Kaiser, P.L.L.C.
805 15th Street, N.W. Suite 1000
Washington, D.C. 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>DEC 0 [illegible] |
| 1. Article Addressed to:<br><br>Jeffrey A. Taylor c/o<br>Civil Process Clerk<br>United States Attorneys Office<br>555 4th St. N.W.<br>Washington D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 9158 9731 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |