IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL POSTAL MAIL HANDLERS UNION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 1:06CV01986 |
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, et al., | : : : | |
| Defendants. | : | |

**REPLY OF THE NATIONAL POSTAL MAIL HANDLERS UNION
TO COUNTERCLAIM BY THE AMERICAN POSTAL WORKERS UNION**

The National Postal Mail Handlers Union, a Division of the Laborers' International Union of North America ("NPMHU"), hereby replies to the Counterclaim To Compel Arbitration filed by the American Postal Workers Union ("APWU"). To the extent the NPMHU has not specifically admitted any allegation in the Counterclaim, that allegation is denied.

**FIRST DEFENSE**

The NPMHU answers the corresponding paragraphs in the Counterclaim as follows:

1. This paragraph consists of the APWU's description of its legal claim, as to which no answer is required. To the extent any answer is required, the allegations in this paragraph are denied.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted, but averred that the parties' "practice" has been "to sign and send scheduling letters addressed to the arbitrator selected to hear the particular dispute" only after a final agreement to hold the arbitration on a specific date has been reached.

10. Denied.

11. Admitted that a representative of the APWU requested that the NPMHU reconsider its decision not to sign a scheduling letter to Arbitrator Lankford on Case No. E00C-1E-J 02123526 02C012. Denied that the parties had "previously agreed" to arbitrate this dispute. With respect to the allegations regarding the United States Postal Service ("USPS"), the NPMHU is without sufficient information to admit or deny the allegations contained in this paragraph, and therefore deny those allegations.

12. Admitted that neither the NPMHU nor the USPS signed and sent the scheduling letter to Arbitrator Lankford as requested by the APWU.

13. As previously admitted in paragraph 12, neither the NPMHU nor the USPS signed and sent the scheduling letter to Arbitrator Lankford as requested by the APWU.

## SECOND DEFENSE

The APWU's Counterclaim fails to state a claim upon which relief may be granted.

## REQUESTED RELIEF

WHEREFORE, the NPMHU respectfully requests that the APWU's Counterclaim be

dismissed, and that the APWU take nothing on that Counterclaim.

                                    Respectfully submitted,

                                    _/s/ Andrew D. Roth_____
                                    Bruce R. Lerner (D.C. Bar No. 384757)
                                    Andrew D. Roth (D.C. Bar No. 414038)
                                    Dora V. Chen (D.C. Bar No. 485200)
                                    Bredhoff & Kaiser, P.L.L.C.
                                    805 Fifteenth Street, N.W., Suite 1000
                                    Washington, DC  20005
                                    Telephone: (202) 842-2600
                                    Facsimile:  (202) 842-1888

Dated:  January 18, 2007