IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL POSTAL MAIL HANDLERS UNION, : <br> : <br> Plaintiff, : <br> : <br> v.   : <br> : <br> AMERICAN POSTAL WORKERS UNION, : <br> AFL-CIO, et al., : <br> : <br> Defendants. : | Civil Action No.  1:06CV01986 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.6, the undersigned attorney hereby submits notice of appearance as counsel for the Plaintiff in the above-captioned matter.

          Respectfully submitted,

          /s/
          Dora V. Chen (No. 485200)
          Bredhoff & Kaiser, P.L.L.C.
          805 15th Street, N.W., Suite 1000
          Washington, D.C.  20005
          (202) 842-2600

Dated: January 18, 2007