**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL POSTAL MAIL HANDLERS   :
UNION,                          :
                                :
    Plaintiff,                 :
                                :
  v.                            : Civil Action No. 06-1986 (JR)
                                :
AMERICAN POSTAL WORKERS UNION,  :
AFL-CIO, *et al.*,              :
                                :
    Defendants.                :

### ORDER

Counsel are directed to meet and confer pursuant to LCvR 16.3 and, if possible, to present an agreed scheduling order within 30 days of the date of this order. If agreement cannot be achieved, an initial scheduling conference will be held, in Chambers, on **March 5, 2007, at 4:30 p.m.** It is **SO ORDERED**.


                                                JAMES ROBERTSON
                             United States District Judge