UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN POSTAL WORKERS UNION, AFL-CIO <br><br> and <br><br> UNITED STATES POSTAL SERVICE, <br><br> Defendants | Civil Action No. 1:06CV01986 <br><br> Judge James Robertson |

## **NOTICE**

On January 23, 2007, the defendant the American Postal Workers Union, AFL-CIO, hereby gives notice that its answer and counterclaim was mailed, by certified mail, return receipt requested, on the following:

    United States Postal Service
    475 L'Enfant Plaza, SW
    Washington, DC 20260

    Attorney General Alberto Gonzales
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

      Civil Process Clerk at Office of
      United States Attorney
      District of Columbia
      555 4th Street, NW
      Washington, DC 20530

Date: January 23, 2007      Respectfully submitted,

                                  O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                                  "/s/"
                              _____
                              Anton Hajjar (DC Bar # 359267)
                              1300 L Street, NW, Suite 1200
                              Washington, DC 20005
                              ahajjar@odsalaw.com
                              (202) 898-1707