IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL POSTAL MAIL HANDLERS UNION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br><br>AMERICAN POSTAL WORKERS UNION, AFL-CIO, et al.,<br><br><br>　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1986 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

　　　　The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for defendant United States Postal Service in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　CLAIRE WHITAKER, Bar #354530
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Room E4204
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　(202)514-7137