UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL POSTAL MAIL HANDLERS UNION, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN POSTAL WORKERS UNION, AFL-CIO, et al., <br><br> Defendants | Civil Action No. 06-1986 (JR) |

**CONSENT MOTION TO EXTEND TIME TO ANSWER**

Defendant United States Postal Services ("Postal Service") moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1), to extend the time for filing of its answer in this case until February 20, 2007. Its answer is presently due on February 5, 2007. Undersigned counsel primarily assigned to this case has consulted with counsel for the other parties, who have indicated that there is no objection to this motion. The reasons for this motion are as follows:

Plaintiff National Postal Mail Handlers Union seeks to vacate an arbitration award made pursuant to a tripartite agreement between plaintiff, the American Postal Workers Union, AFL-CIO, and the Postal Service. Undersigned counsel primarily assigned to this case has just been assigned to represent the Postal Service and has not, as of today, received the arbitration decision or the other relevant documents involved in this case. Although undersigned counsel has consulted with the agency counsel and documents are being assembled, it is anticipated that approximately two additional weeks will be needed before an answer or other response will be ready for filing with the Court. Accordingly, a two-week extension of time is requested.

WHEREFORE, it is respectfully requested that the Postal Service's motion to extend to granted and that it have to and including February 20, 2007, to respond to the allegations relating to it in the complaint.

The Postal Service does not anticipate that this extension will interfere with the parties ability to meet and confer and provide a joint scheduling order to this Court by February 22, 2007, as directed in this Court's order of January 22, 2007. R. 10.

A proposed order is attached.

                                  Respectfully submitted,

                                  /s/
                                JEFFREY A. TAYLOR , D.C. Bar # 498610
                                United States Attorney

                                  /s/
                                RUDOLPH CONTRERAS, D.C. # 434122
                                Assistant United States Attorney

                                  /s/
                                CLAIRE WHITAKER, D.C. # 354530
                                Assistant United States Attorney
                                United States Attorneys Office
                                Civil Division
                                555 4th Street, N.W., Room E-4204
                                Washington, D.C. 20530
                                (202) 514-7137

Of Counsel:

TERESA A. GONSALVES
United States Postal Service
475 L'Enfant Plaza SW, Room 6424
Washington, DC 20260-1150

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

NATIONAL POSTAL MAIL HANDLERS )
UNION, )
                Plaintiff, )
)
    v. )    Civil Action No. 06-1986 (JR)
)
AMERICAN POSTAL WORKERS UNION, )
AFL-CIO, et al., )
)
                Defendants )
_____)

ORDER

Upon consideration of defendant U.S. Postal Services consent motion to extend the time to answer the complaint in this case, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that said motion is granted. The U.S. Postal Services has to and including February 20, 2007, to file its answer.

                                                                                          _____
                                                                                          UNITED STATES DISTRICT JUDGE