UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
NATIONAL POSTAL MAIL HANDLERS       )
UNION, A DIVISION OF THE LABORERS'  )
INTERNATIONAL UNION OF NORTH        )
AMERICA, AFL-CIO                    )
1101 Connecticut Ave., N.W., Suite 500, )
Washington, D.C. 20036,             )
                                    )
        Plaintiff.              )
                                    )
      v.                        )   Civil Action No.1:06CV1986 (JR)
                                    )
AMERICAN POSTAL WORKERS UNION,      )
AFL-CIO,                            )
1300 L St., N.W.                    )
Washington, D.C. 20005,             )
                                    )
        and                     )
                                    )
UNITED STATES POSTAL SERVICE,       )
475 L'Enfant Plaza, S.W.            )
Washington, D.C. 20260,             )
                                    )
        Defendants.             )
_____ )

**UNITED STATES POSTAL SERVICE'S ANSWER
TO COMPLAINT TO VACATE ARBITRATION AWARD**

Defendant United States Postal Service ("Postal Service"), through counsel, hereby answers the Complaint to Vacate Arbitration Award ("Complaint") as follows:

**FIRST DEFENSE**

Answering the numbered and unnumbered paragraphs of the complaint, Postal Services states as follows:

1.    Paragraph 1 contains Plaintiff's characterizations of its cause of action to which no response is necessary.

## JURISDICTION AND VENUE

2. Paragraph 2 contains Plaintiff's statement of jurisdiction to which no response is necessary.

3. Paragraph 3 contains Plaintiff's statement of venue to which no response is necessary.

## PARTIES

4. The Postal Service admits the allegations of Paragraph 4.

5. The Postal Service admits the allegations of Paragraph 5.

6. The Postal Service admits the allegations of Paragraph 6.

## CAUSE OF ACTION
(Under 39 U.S.C. § 1208(b), For Breach of Contract)

7. The Postal Service admits that the parties have entered into the referenced tripartite agreement which, *inter alia*, establishes procedures for resolving jurisdictional disputes among the parties, and respectfully refers the Court to the document as the best evidence of its content.

8. The Postal Service admits the first and second sentence of Paragraph 8, but lacks sufficient knowledge to admit or deny the allegations contained in the third sentence.

9. With respect to the first and second sentences of Paragraph 9, the Postal Service respectfully refers to the referenced award as the best evidence of its contents, and specifically for the stated basis upon which Arbitrator Anderson made his determinations. With respect to the third and fourth sentences of this paragraph, the Postal Service respectfully refers to the record of the referenced arbitration proceedings for the positions of the parties in those proceedings.

10. The Postal Service admits the allegations of Paragraph 10.

## PRAYER FOR RELIEF

The remainder of the complaint contains Plaintiff's prayer for relief to which no response is required.

Having fully answered, Defendant Postal Service respectfully requests that this action be dismissed with prejudice and that Defendant be granted such other relief as the Court deems appropriate.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

Of Counsel:

DENNIS E. SZYBALA
United States Postal Service
475 L'Enfant Plaza SW, Room 6414
Washington, DC 20260-1150