IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL POSTAL MAIL HANDLERS UNION, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 1:06CV01986 : |
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, et al., | : : : |
| Defendants. | : |

**JOINT RULE 16.3 STATEMENT**

Plaintiff/Counterclaim Defendant National Postal Mail Handlers Union ("NPMHU"), Defendant/Counterclaim Plaintiff American Postal Workers Union ("AWPU") and Defendant United States Postal Service ("USPS"), through their respective counsel, hereby submit this Joint Rule 16.3 statement.

In this Complaint, the NPMHU seeks to vacate an arbitration award on the ground that the arbitrator exceeded his authority under a tripartite agreement between the NPMHU, APWU and USPS. The APWU denies that the arbitrator exceeded his authority under the parties' tripartite agreement. The USPS agrees that the arbitrator's award should be vacated because he exceeded his authority under the parties' tripartite agreement.

With respect to the Counterclaim, the parties will supplement this Rule 16.3 report and provide a proposed scheduling order no later than April 4, 2007, after the APWU has filed its anticipated amended Counterclaim and answers have been filed.

With respect to matters to be discussed by the parties, in accordance with LCvR 16.3(a), the parties state the following:

1. The parties believe that this case likely will be disposed of by dispositive motions. There is no dispositive motion currently pending.

2. The parties agree that any amendments to the APWU's counterclaim will be made by March 7, 2007, and that the USPS and NPMHU will respond to the APWU's amended counterclaim by March 21, 2007. Because APWU has indicated a desire to amend its counterclaim, the parties have agreed to an extension of time for the USPS' answer, presently due on February 26, 2007, to March 7, 2007. The parties agree that no other parties will be joined, and that the factual and legal issues presented can be agreed upon or narrowed.

3. The parties agree that this case should not be assigned to a magistrate judge.

4. The parties believe that the prospect for settling this case is remote, but they may engage in settlement discussions in the future.

5. The parties do not believe that ADR would be useful in this case.

6. The parties anticipate that this case will be resolved by cross-motions for summary judgment. The parties propose that such motions be filed on or before July 31, 2007; opposition briefs be filed on or before August 31, 2007; and reply briefs, if any, be filed on or before September 17, 2007.

7. The parties agree that by April 2, 2007, the USPS will produce the record relating to NPMHU's claim in this case to the NPMHU and APWU, and by April 16, 2007, any additional documents relating to that claim will be identified by the APWU and NPMHU. With regard to the Counterclaim, the parties will supplement this Rule 16.3 Report after the APWU's Counterclaim is amended and the USPS's and NPMHU's responses are filed.

8. The parties agree that they will not conduct discovery on the NPMHU's claim. With respect to the APWU's Counterclaim, the parties will address the discovery period in their supplemental Rule 16.3 Report.

9. The parties do not anticipate presenting expert testimony.

10. This case has not been filed as a class action.

11. The parties do not believe that there is any need to bifurcate discovery.

12. The parties suggest that the Court schedule a pretrial conference, if one becomes necessary, within 60 days of the final disposition of the parties' summary judgment motions.

13. The parties respectfully suggest that the Court set a trial date, if one becomes necessary, at the pretrial conference; however, the parties believe that the matter will be resolved by dispositive motion.

14. There are no other matters that the parties believed are appropriate for inclusion in a scheduling order. An agreed proposed scheduling order is attached.

Respectfully submitted,

| | |
|---|---|
|    /s/ Dora V. Chen    |    /s/ Anton G. Hajjar    |
| Bruce R. Lerner (D.C. Bar No. 384757) | Anton G. Hajjar (D.C. Bar No. 359267) |
| Andrew D. Roth (D.C. Bar No. 414038) | O'Donnell, Schwartz & Anderson, P.C. |
| Dora V. Chen (D.C. Bar No. 485200) | 1300 L Street, NW, Suite 200 |
| Bredhoff & Kaiser, P.L.L.C. | Washington, DC 20005-4178 |
| 805 Fifteenth Street, N.W. | (202) 898-1707 |
| Washington, D.C. 20005 | |
| (202) 842-2600 | *Attorney for Defendant American Postal Workers Union* |
| *Attorneys for Plaintiff National Postal Mail Handlers Union* | |

                       /s/  Claire Whitaker
                  Claire Whitaker (D.C. Bar No. 354530)
                  Assistant United States Attorney
                  555 4th Street, NW, Room E-4204
                  Washington, DC 20530
                  (202) 514-7137

                  *Attorney for Defendant United States Postal Service*

Dated:  February 21, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL POSTAL MAIL HANDLERS UNION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.  1:06CV01986 |
| | : | |
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, et al., | : | |
| | : | |
| Defendants. | : | |

## SCHEUDLING ORDER

The matter came before the Court on the parties' Joint Rule 16.3 Statement.

For good cause shown, it is **ORDERED** that the parties will adhere to the following deadlines in this litigation.

1.	Motions for summary judgment on the NPMHU's claim will be filed on or before July 31, 2007.  Opposition briefs will be filed on or before August 31, 2007.  Reply briefs, if any, will be filed on or before September 17, 2007.

2.	With regard to the APWU's Counterclaim, the APWU will file any amendments by March 7, 2007.  The USPS and NPMHU will file its response by March 21, 2007.  The parties will submit a supplemental Rule 16.3 report and scheduling order by April 4, 2007.

_____
James Robertson
United States District Judge