UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
NATIONAL POSTAL MAIL HANDLERS  )
UNION, A DIVISION OF LABORERS' )
INTERNATIONAL UNION OF NORTH   )
AMERICA,                       )
                               )
            Plaintiff,         )
                               )
      v.                       )  Civil Action No. 1:06CV01986
                               )
                               )
AMERICAN POSTAL WORKERS UNION, )  Judge James Robertson
AFL-CIO                        )
                               )
         and                   )
                               )
UNITED STATES POSTAL SERVICE,  )
                               )
            Defendants         )
_____)
```

**CONSENT MOTION TO AMEND ANSWER AND COUNTERCLAIM
OF THE AMERICAN POSTAL WORKERS UNION, AFL-CIO**

The American Postal Workers Union, AFL-CIO, asks the Court to permit it to file the amended its answer and counterclaim which accompanies this motion. The National Postal Mail Handlers Union, a Division of the Laborers' International Union of North America and the United States Postal Service consent to this motion. A proposed order is annexed.

                          Respectfully submitted,

                          /s/ Anton G. Hajjar

                          Anton G. Hajjar (D.C. Bar No. 359267)
                          O'DONNELL, SCHWARTZ & ANDERSON, P.C.
                          1300 L Street, NW, Suite 200
                          Washington, D.C.  20005-4178
                          Telephone (202) 898-1707
                          Facsimile (202) 682-9276
                          ahajjar@odsalaw.com

Dated: February 26, 2007

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


_____
                              )
NATIONAL POSTAL MAIL HANDLERS )
UNION, A DIVISION OF LABORERS')
INTERNATIONAL UNION OF NORTH  )
AMERICA,                      )
                              )
                    Plaintiff,)
                              )
          v.                  )   Civil Action No. 1:06CV01986
                              )
                              )
AMERICAN POSTAL WORKERS UNION,)   Judge James Robertson
AFL-CIO                       )
                              )
          and                 )
                              )
UNITED STATES POSTAL SERVICE, )
                              )
                    Defendants)
_____)
```

## ORDER

The motion of the American Postal Workers Union, AFL-CIO, to permit it to file the amended its answer and counterclaim is granted. The clerk shall file the amended answer and counterclaim which accompanied the motion.

```
                              _____
                              James Robertson
                              United States District Judge
```

Dated: