**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL POSTAL MAIL HANDLERS UNION, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :     Civil Action No.  1:06CV01986 <br> : |
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, et al., | : <br> : <br> : |
| Defendants. | : |

### REPLY OF THE NATIONAL POSTAL MAIL HANDLERS UNION TO AMENDED COUNTERCLAIM BY THE AMERICAN POSTAL WORKERS UNION

The National Postal Mail Handlers Union, a Division of the Laborers' International Union of North America ("NPMHU"), hereby replies to the Amended Counterclaim To Compel Arbitration filed by the American Postal Workers Union ("APWU"). To the extent the NPMHU has not specifically admitted any allegation in the Amended Counterclaim, that allegation is denied.

### FIRST DEFENSE

The NPMHU answers the corresponding paragraphs in the Amended Counterclaim as follows:

1. This paragraph consists of the APWU's description of its legal claim, as to which no answer is required. To the extent any answer is required, the allegations in this paragraph are denied.

2. Admitted.

3. Admitted.

4. Admitted.

5.  Admitted.

6.  Admitted.

7.  Admitted.

8.  Admitted.

9.  Admitted, but averred that the parties' "practice" has been "to sign and send scheduling letters addressed to the arbitrator selected to hear the particular dispute" only after a final agreement to hold the arbitration on a specific date has been reached.

10. Denied.

11. Admitted that a representative of the APWU requested that the NPMHU reconsider its decision not to sign a scheduling letter to Arbitrator Lankford on Case No. E00C-1E-J 02123526 02C012. Denied that the parties had "previously agreed" to arbitrate this dispute. With respect to the allegations regarding the United States Postal Service ("USPS"), the NPMHU is without sufficient information to admit or deny the allegations contained in this paragraph, and therefore deny those allegations.

12. Admitted that neither the NPMHU nor the USPS signed and sent the scheduling letter to Arbitrator Lankford as requested by the APWU.

13. As previously admitted in paragraph 12, neither the NPMHU nor the USPS signed and sent the scheduling letter to Arbitrator Lankford as requested by the APWU.

The unnumbered paragraph following paragraph 13 of the APWU's Amended Counterclaim, headed "Prayer for Relief," sets forth the APWU's legal theories and conclusions

rather than factual allegations, and therefore requires no response. To the extent that the Prayer for Relief states any factual allegations, the NPMHU denies the allegations.

## SECOND DEFENSE

The APWU's Amended Counterclaim fails to state a claim upon which relief may be granted.

## REQUESTED RELIEF

WHEREFORE, the NPMHU respectfully requests that the APWU's Amended Counterclaim be dismissed, and that the APWU take nothing on that Amended Counterclaim.

Respectfully submitted,

 /s/ Dora V. Chen _____
Bruce R. Lerner (D.C. Bar No. 384757)
Andrew D. Roth (D.C. Bar No. 414038)
Dora V. Chen (D.C. Bar No. 485200)
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, DC  20005
Telephone: (202) 842-2600
Facsimile:  (202) 842-1888

Dated:  March 21, 2007