IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL POSTAL MAIL HANDLERS UNION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> AMERICAN POSTAL WORKERS UNION, : <br> AFL-CIO, et al., : <br> : <br> Defendants. : | Civil Action No. 1:06CV01986 |

**MOTION FOR ADMISSION
TO PRACTICE *PRO HAC VICE***

Comes now counsel for Defendant and Counterclaimant in the above styled action and respectfully moves this Court for admission *pro hac vice* of Todd Edelman as additional counsel for said Defendants and Counterclaimant.

In support of this motion, counsel has attached the Declaration of Todd Edelman.

　　　　　　　　　　　　　　　　　　　　/s/ Bruce R. Lerner
　　　　　　　　　　　　　　　　　Bruce R. Lerner (D.C. Bar No. 384757)
　　　　　　　　　　　　　　　　　Todd Edelman (D.C. Bar No. 447455)
　　　　　　　　　　　　　　　　　Bredhoff & Kaiser, P.L.L.C.
　　　　　　　　　　　　　　　　　805 15th Street, NW, Suite 1000
　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　Telephone: (202) 842-2600
　　　　　　　　　　　　　　　　　Facsimile: (202) 842-1888

　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　*National Postal Mail Handlers Union*

September 17, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL POSTAL MAIL HANDLERS UNION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> AMERICAN POSTAL WORKERS UNION, : <br> AFL-CIO, et al., : <br> : <br> Defendants. : | Civil Action No. 1:06CV01986 |

### DECLARATION OF TODD EDELMAN

Todd Edelman, under penalty of perjury states:

1. My name is Todd Edelman.

2. I serve as Of Counsel for Bredhoff & Kaiser, P.L.L.C., which is located at 805 15th Street, NW, Washington DC 20005. The firm's telephone number is 202-842-2600.

3. I am currently admitted to the Illinois bar and the bar of the District of Columbia.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I am a member of the DC bar.

　　　　　　　　　　　　　　__/s/ Todd Edelman___
　　　　　　　　　　　　　　Bruce R. Lerner (D.C. Bar No. 384757)
　　　　　　　　　　　　　　Todd Edelman (D.C. Bar No. 447455)
　　　　　　　　　　　　　　Bredhoff & Kaiser, P.L.L.C.
　　　　　　　　　　　　　　805 15th Street, NW, Suite 1000
　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　Telephone: (202) 842-2600
　　　　　　　　　　　　　　Facsimile: (202) 842-1888

2

*Attorneys for Defendant*
*National Postal Mail Handlers Union*

September 17, 2007