UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL POSTAL MAIL HANDLERS   :
UNION,                          :
                                :
        Plaintiff,              :
                                :
    v.                          :   Civil Action No. 06-1986 (JR)
                                :
AMERICAN POSTAL WORKERS UNION,  :
AFL-CIO, *et al.*,              :
                                :
        Defendants.

## ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Todd Edelman [22], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                    JAMES ROBERTSON
                              United States District Judge