UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL POSTAL MAIL HANDLERS UNION,

    Plaintiff,

v.

AMERICAN POSTAL WORKERS UNION, AFL-CIO,

    and

UNITED STATES POSTAL SERVICE,

    Defendants.

Case No. 1:06CV01986 (JR)

## STIPULATION OF DISMISSAL OF COUNTERCLAIM

The parties to this action, the National Postal Mail Handlers Union, the American Postal Workers Union, and the United States Postal Service, and their respective counsel, pursuant to Federal Rule of Civil Procedure 41(c), respectfully represent to this Honorable Court that:

1. The Counterclaim in the above-captioned matter filed by the American Postal Workers Union on December 27, 2006, is settled, the parties having agreed to remand the matter to the Regional Dispute Resolution Committee, Western Region, and

2. Therefore, the Counterclaim in this matter is dismissed, in its entirety, without prejudice on this 7th day of November, 2007.

Respectfully submitted,

Anton G. Hajjar (D.C. Bar # 359267)
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street N.W., Suite 200
Washington, D.C. 20005
(202) 898-1707
*Counsel to American Postal Workers Union*

Bruce R. Lerner (D.C. Bar # 384757)
Andrew Roth (D.C. Bar # 414038)
Todd E. Edelman (D.C. Bar # 447455)
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, NW, Suite 1000
Washington, D.C. 20005
(202) 842-2600
*Counsel to National Postal Mail Handlers Union*

*/s/ Jeffrey A. Taylor*
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

*/s/ Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

*/s/ Claire Whitaker*
CLAIRE WHITAKER, D.C. Bar #354530)
Assistant United States Attorney
Office of the United States Attorney
Civil Division
555 4th Street N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

Of Counsel: Dennis Szybala
United States Postal Service